UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>JANET ROSE SYLTEN,<br><br>        Defendant/Petitioner. | Case No. 1:11-cv-00093-EJL<br>1:09-cr-00242-EJL<br><br>JUDGMENT |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant/Petitioner take nothing from the Plaintiff and the civil case associated with this matter is **DISMISSED IN ITS ENTIRETY**.

DATED: **December 7, 2011**

Honorable Edward J. Lodge
U. S. District Judge